THE FARISH COMPANY, Respondent, v. PHILLIPS-JONES CORPORATION, Appellant.

*Appeal — Court of Appeals — permission granted to appeal.*

Motion for leave to appeal to the Court of Appeals from the judgment entered upon the order of this court which was entered herein on the 1st day of February, 1924. (See *ante*, p. 727.)

PER CURIAM: The question for determination upon the appeal herein was as to whether or not evidence of custom with respect to the delivery of items of " run-outs " and " seconds " contained in the contract for the sale of piece goods was properly admitted. As it is claimed that this controversy is one of general interest in all the textile trades where contracts are made in this form, we think it is one which should be finally passed upon by the Court of Appeals. Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

---

ANNA L. HORTON, Respondent, v. CHILDS COMPANY, Appellant, Impleaded with Another.

*Negligence — action for personal injuries — evidence of loss of wages and payment of doctor's bills not admissible in absence of allegation in complaint.*

Appeal by the defendant, Childs Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office May 12, 1923, upon the verdict of a jury for $3,000, and also from so much of an order, entered June 6, 1923, as denied said defendant's motion for a new trial.

PER CURIAM: Loss of wages and payment of doctor's bills not having been pleaded, evidence thereof was improperly admitted. The judgment and order should, therefore, be reversed, and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,118.95, in which event the judgment as so modified and the order appealed from are affirmed, without costs. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $2,118.95, in which event the judgment as so modified and the order appealed from are affirmed, without costs. Settle order on notice.